[No. 55465-4-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. YOHANNIS M. WUBALEM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-04297-0, Steven C. Gonzalez, J., entered December 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55507-3-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ESTEFANO AGUSTINIANO-SAGUILAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-07143-3, Julie Spector, J., entered December 21, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55571-5-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS KEITA HILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-04490-0, Paris K. Kallas, J., entered January 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 55627-4-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIAL MARQUETT MONROE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01406-3, Stephen J. Dwyer, J., entered December 30, 2004. *Affirmed* by unpublished per curiam opinion.